IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **BENJAMIN AMARI,** | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION 07-302-CG-M** |
| **ALBERTO GONZALES,** | : | |
| **MICHAEL CHERTOFF,** | | |
| **WARDEN DAVID O. STREIFF,** | : | |
| Respondents. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondents Alberto Gonzales, Michael Chertoff, and David O. Streiff and against Petitioner Benjamin Amari.

**DONE and ORDERED** this 23rd day of August, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE